# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JEANNETTE ISHMON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0158-S-BN |
| | § | |
| USAA FEDERAL SAVINGS BANK | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed.[1] The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED May 8, 2024.

**UNITED STATES DISTRICT JUDGE**

---

[1] Objections to the Findings, Conclusions, and Recommendation of the Magistrate Judge were due on January 10, 2024. *See* 28 U.S.C. § 636(b)(1)(C). Due to Plaintiff—who is pro se—having shoulder surgery in November 2023, the Court granted three extensions to object through May 3, 2024. *See* ECF Nos. 39, 41, 42-47.